NO. 8217

J. F. EBERT, AGENT

VS

LEROY J. DONNELS

STATE OF LOUISIANA

COURT OF APPEAL

PARISH OF ORLEANS.

PER CURIAM:

Per Curiam.

OPINION.

The City Judge refused defendant a suspensive appeal from a judgment evicting him from leased premises, basing his refusal on the provisions of R. S. 2157, towit; "No appeal from any such judgment shall suspend execution unless the defendant has filed a special defense, supported by his oath, that all the facts contained in his answer are true & c.'

The answer of the defendant herein was indeed sworn to, but was simply a general denial coupled with an allegation that "he has a special defense to make, which will be made and shown at the trial of the cause·"

We think the appeal was properly refused. The statute is clear; in order to entitle him to a suspensive appeal the defendant should have set up a special defense and sworn to the facts on which it was based. In other words, he should have "set up relevant facts, susceptible of proof, which if proved would entitle defendant to retain possession."

Douffut vs Rush, 142 La 443 (454)

The writ herein issued is therefore recalled, and relator's demand is now rejected at his cost.

New Orleans, La, ~~April~~ May 2nd 1921.